WILLIAM SCHWEN, Appellant, v. ROBERT B. KERR and LOUIS KERR, Respondents.

First Department, February 6, 1920.

See head note in *Heaphy* v. *Kerr* (*ante*, p. 810).

APPEAL by the plaintiff, William Schwen, from a judgment of the Supreme Court in favor of the defendants, entered in the office of the clerk of the county of New York on the 25th day of June, 1919, upon the verdict of a jury, and also from an order entered in said clerk's office on or about the same day denying the plaintiff's motion for a new trial made upon the minutes.

*Richmond J. Reese*, for the appellant.

*James N. Rosenberg* of counsel [*Satterlee, Canfield & Stone*, attorneys], for the respondents.

SMITH, J.:

For reasons stated in the opinion of *Heaphy* v. *Kerr* (190 App. Div. 810), handed down herewith, the judgment and order should be reversed and a new trial granted, with costs to appellant to abide the event.

CLARKE, P. J., LAUGHLIN, PAGE and MERRELL, JJ., concur.

Judgment and order reversed and new trial ordered, with costs to appellant to abide event.